1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Albert George Curtis

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 ALBERT GEORGE CURTIS,            )  No. 1:12-cv-02010-AWI-GSA
                                    )
12              Plaintiff,          )  **STIPULATION FOR DISMISSAL OF**
                                    )  **ACTION; ORDER**
13        vs.                       )
                                    )
14 LOWE'S HIW, INC., a WASHINGTON   )
   CORPORATION dba LOWE'S aka       )
15 LOWE'S #1611,                    )
                                    )
16                                  )
                Defendants.         )
17                                  )
                                    )
18                                  )
                                    )
19

20     IT IS HEREBY STIPULATED by and between Plaintiff Albert George Curtis and

21 Defendant Lowe's HIW, Inc., a Washington Corporation dba Lowe's aka Lowe's #1611

22 ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil

23 Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

24 entirety.

25 Date: March 1, 2013                          MOORE LAW FIRM, P.C.

26
                                                /s/Tanya E. Moore
27                                              Tanya E. Moore
                                                Attorney for Plaintiff Albert George Curtis
28

*Curtis v. Lowe's HIW, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                                  Page 1

1  Date: March 1, 2013                                  HUNTON & WILLIAMS

                                                        /s/ M. Brett Burns
                                                        M. Brett Burns
                                                        Attorneys for Lowe's HIW, Inc., a
                                                        Washington Corporation dba Lowe's aka
                                                        Lowe's #1611

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  March 1, 2013                           _____
                                                SENIOR  DISTRICT  JUDGE

*Curtis v. Lowe's HIW, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2